AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Daniel M Woods
    Plaintiff,
    v.

**Board of Parole, et.Al.**
    Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 - 257

I, Daniel M. Woods declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and I believe I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☒ Yes    ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration Delaware Correctional Center

    **Inmate Identification Number (Required):** 164728

    Are you employed at the institution? No   Do you receive any payment from the institution? No

    *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2.    Are you currently employed? ☐ Yes    ☒ No

    a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. n/a

    b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. n/a

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ | ☒ |
| b. | Rent payments, interest or dividends | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
| d. | Disability or workers compensation payments | ☐ | ☒ |
| e. | Gifts or inheritances | ☐ | ☒ |
| f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive. n/a

[Stamp: MAY 11 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or saving accounts?   ☐ Yes   ☒ No

    If "Yes" state the total amount $n/a

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.
    n/a.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.
    n/a.

    I declare under penalty of perjury that the above information is true and correct.

    5-8-07
    DATE                                    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have **multiple accounts**, perhaps because you have been in multiple institutions, attach one certified statement of each account.

07-257

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: _Daniel Wade_    SBI#: _164728_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE: _May 2, 2007_

*Scanned*
FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of* _November 1, 2006_ *to* _April 30, 2007_.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 10.51 |
| Dec | 12.95 |
| Jan | 15.02 |
| Feb | 13.40 |
| March | 12.23 |
| April | 8.21 |

Average daily balances/6 months: _12.05_

*Attachments*
CC:   File

_Stacy Shane_
5/2/07

_Janette Atkins_
5/2/07

Date Printed: 5/2/2007

**Individual Statement**
**From November 2006 to December 2006**

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00164728 | WOODS | DANIEL | | | | Beginning Month Balance: | $2.32 |
| Current Location: | D/E | | | Comments: | | Ending Month Balance: | $0.27 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.26) | $2.32 | 340591 | | LAW LIBRARY 7/18/0 | |
| Canteen | 11/1/2006 | ($2.28) | $0.00 | $0.00 | $0.04 | 340921 | | | |
| Supplies-MailP | 11/3/2006 | ($0.04) | $0.00 | ($0.22) | $0.00 | 342467 | | LAW LIBRARY 7/18/0 | |
| Mail | 11/15/2006 | $30.00 | $0.00 | $0.00 | $30.00 | 346657 | 0450937287 | | R BYRME |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $30.00 | 347958 | | 11/13/06 | |
| Supplies-MailP | 11/20/2006 | $0.00 | $0.00 | ($0.63) | $30.00 | 348344 | | 11/2/06 | |
| Canteen | 11/22/2006 | ($23.35) | $0.00 | $0.00 | $6.65 | 349408 | | | |
| Canteen | 11/29/2006 | ($4.82) | $0.00 | $0.00 | $1.83 | 351422 | | | |
| Mail | 11/30/2006 | $55.00 | $0.00 | $0.00 | $56.83 | 352058 | 0450938079 | | R BYRNE |
| Canteen | 12/6/2006 | ($41.56) | $0.00 | $0.00 | $15.27 | 354702 | | | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($0.39) | $15.27 | 356206 | | 11/19/06 | |
| Supplies-MailP | 12/8/2006 | ($0.22) | $0.00 | $0.00 | $14.88 | 356754 | | 11/13/06 | |
| Supplies-MailP | 12/8/2006 | ($0.63) | $0.00 | $0.00 | $14.66 | 356873 | | LAW LIBRARY 7/18/0 | |
| Supplies-MailP | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $14.03 | 356924 | | 11/2/06 | |
| Supplies-MailP | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $13.64 | 357083 | | 11/19/06 | |
| Canteen | 12/14/2006 | ($13.37) | $0.00 | $0.00 | $0.27 | 359789 | | | |

Ending Month Balance: $0.27

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

**Individual Statement**
**From January 2007 to April 2007**

Date Printed: 5/2/2007                                                                                                 Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00164728 | WOODS | DANIEL | | | Beginning Month Balance: | $0.27 |
| Current Location: | D/E | | | Comments: | Ending Month Balance: | $4.96 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/2/2007 | $0.00 | $0.00 | ($0.39) | $0.27 | 366510 | | | |
| Mail | 1/9/2007 | $30.00 | $0.00 | $0.00 | $30.27 | 370361 | 0450939852 | 12/19/06 | R BYRNE |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $30.27 | 370456 | | 1/8/07 | |
| Canteen | 1/17/2007 | ($22.61) | $0.00 | $0.00 | $7.66 | 374076 | | | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.63) | $7.66 | 375237 | | | |
| Canteen | 1/24/2007 | ($5.88) | $0.00 | $0.00 | $1.78 | 376463 | | | |
| Mail | 1/26/2007 | $30.00 | $0.00 | $0.00 | $31.78 | 377728 | 0450940482 | 11/29/06 | R BYRNE |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $31.39 | 379065 | | 12/19/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $31.00 | 379446 | | 1/8/07 | |
| Supplies-MailP | 1/30/2007 | ($0.63) | $0.00 | $0.00 | $30.37 | 379526 | | 11/29/06 | |
| Canteen | 1/31/2007 | ($23.89) | $0.00 | $0.00 | $6.48 | 380474 | | | |
| Legal | 2/2/2007 | $0.00 | $0.00 | ($10.00) | $6.48 | 381820 | | INITIAL | |
| Legal | 2/2/2007 | ($6.48) | $0.00 | ($3.52) | $0.00 | 382099 | | INITIAL | |
| Legal | 2/7/2007 | $0.00 | $0.00 | $3.52 | $0.00 | 384286 | | JAN 07 CORRECTIO | |
| Pay-To | 2/14/2007 | $6.48 | $0.00 | $0.00 | $6.48 | 387245 | | VOIDED CK#16763 | |
| Canteen | 2/15/2007 | $25.50 | $0.00 | $0.00 | $31.98 | 387815 | | REFUND | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.39) | $31.98 | 388531 | | 1/31/07 | |
| Supplies-MailP | 2/16/2007 | ($0.39) | $0.00 | $0.00 | $31.59 | 389184 | | 1/31/07 | |
| Canteen | 2/21/2007 | ($31.38) | $0.00 | $0.00 | $0.21 | 390582 | | | |
| Mail | 2/22/2007 | $30.00 | $0.00 | $0.00 | $30.21 | 391729 | 0450941508 | | R BYRNE |
| Canteen | 2/27/2007 | ($19.69) | $0.00 | $0.00 | $10.52 | 393471 | | | |
| Canteen | 3/7/2007 | ($9.83) | $0.00 | $0.00 | $0.69 | 397457 | | | |
| Legal | 3/9/2007 | ($0.69) | $0.00 | ($2.83) | $0.00 | 398636 | | INITIAL | |
| Legal | 3/9/2007 | $3.52 | $0.00 | $0.00 | $3.52 | 398638 | | JAN 07 CORRECTIO | |
| Legal | 3/9/2007 | ($2.83) | $0.00 | $0.00 | $0.69 | 398669 | | INITIAL | |
| Mail | 3/19/2007 | $30.00 | $0.00 | $0.00 | $30.69 | 401855 | 0450942381 | | K BYRNE |
| Canteen | 3/27/2007 | $0.03 | $0.00 | $0.00 | $30.72 | 406397 | | REFUND | |
| Canteen | 3/28/2007 | ($22.82) | $0.00 | $0.00 | $7.90 | 406633 | | | |
| Canteen | 4/4/2007 | ($7.16) | $0.00 | $0.00 | $0.74 | 409932 | | | |
| Supplies-MailP | 4/13/2007 | $0.00 | $0.00 | ($0.63) | $0.74 | 414379 | | 3/1/07 | |

# Individual Statement
## From January 2007 to April 2007

Date Printed: 5/2/2007                                                                                     Page 2 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 4/13/2007 | ($0.63) | $0.00 | $0.11 | 414980 | |
| Mail | 4/18/2007 | $30.00 | $0.00 | $30.11 | 416675 | 0503464419 | 3/1/07 | R BYRNE |
| Canteen | 4/24/2007 | ($25.15) | $0.00 | $4.96 | 419648 | |

**Ending Month Balance:** $4.96

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00