IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,
    Plaintiff.

VS

BOARD OF PAROLE,
STANLY TAYLOR,
PATRICIA CARR,
REPHEAL WILLIAMS,
THOMAS CAROLL,
CINDY WRIGHT,
BRENDA CALLOWAY,
L. SULLIVAN , V. HAYES, P. RITER,
JANE DOE(ELW) AND C. ESCHERICH,
    Defendants.

07 - 257

C.A.N.# _____



FILED

MAY 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGEMENT**

PURSUANT TO RULE 56 Fed. R. Civ. P. plaintiff Daniel m. woods request this Honorable Court to grant the plaintiff summary judgment as to the liabilities of all the above defendants for damage for false imprisonment, denial of due process, double jeopardy, ex-post facto violations, failure to properly perform official duties, cruel and unusual punishments, deliberate indifference to plaintiff, failure to comply with court orders, liberty interest violations, rules of lenity.

Dated: 5-8-07

RESPECTFULLY SUBMITTED

DANIEL M. WOODS # 164728
D.C.C. 1181 PADDOCK RD.
SMYRNA, DE. 19977

cc. Clerk of Court
    Dept. of justice
    File