AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 cv 257 JJF



## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _2_ COPIES OF AO FORM 85.

_6-1-07_  
(Date forms issued)   (Signature of Party or their Representative)

_Daniel M. Woods_  
(Printed name of Party or their Representative)

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT  
Note: Completed receipt will be filed in the Civil Action

IM Thomas E. White
SBI# 369??   UNIT N/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of The Court
District Court
844 N. King St. Lockbox 18
Wilmington, De. 19801-3570

Legal Mail