IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF PAROLE, )<br>COMMISSIONER STANLEY TAYLOR, )<br>EX-WARDEN PATRICIA CARR, )<br>WARDEN RAPHAEL WILLIAMS, )<br>WARDEN D.C.C. THOMAS CARROLL, )<br>RECORDS SUPER CINDY WRIGHT, )<br>BRENDA CALLOWAY, L. SULLIVAN, )<br>V. HAYES, P. RITER, )<br>C. ESCHERICH, ELW JANE DOE, )<br>)<br>Defendants. | Civil Action No.  07-257-JJF |



**AUTHORIZATION**

I, Daniel M. Woods, SBI #164728 , request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $9.02 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated __5/25/07__, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __6-1-07__, 2007.

_____
Signature of Plaintiff

IM Thomas E. White
SBI# 369698   UNIT-D/L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk Of The Court
District Court
844 N. King St. Lockbox 18
Wilmington, De.
19801-3570

Legal Mail