To: District Court Clerk

   844 N. King Street

   Wilmington, De. 19801

Fr: Daniel M. Woods

   D.C.C. # 164728

   1181 Paddock Rd.

   Smyrna, DE 19977

Dated: 6-1-2007



Dear Clerk,

    Please be advised that these documents that are sent along with this letter are to support the plaintiffs complaint already filed in this court under No#07-275 ( jjf ) This information is **evidence and exhibits that will be used to prove the plaintiffs case** as well as help the judge to see the errors that have taken place in this matter. I have mailed the original to the court and copy's mailed to the dept. of justice, please except these filings for my pending case.

THANK YOU FOR YOUR TIME AND HELP IN THIS MATTER,

                                      RESPECTFULLY SUBMITTED,

                                      Daniel M. Woods

IM Thomas E. White
SBI# 369695   UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal



Clerk of the Court
District Court
844 N. King St. Lockbox 18
Wilmington, De.
19801-3570

Legal Mail

Legal Mail