IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,
    Plaintiff.
VS

BOARD OF PAROLE,
STANLY TAYLOR,
PATRICIA CARR,
REPHEAL WILLIAMS,
THOMAS CAROLL,
CINDY WRIGHT,
BRENDA CALLOWAY,
L. SULLIVAN, V. HAYES, P. RITER,
JANE DOE(ELW) AND C. ESCHERICH,
    Defendants.

C.A.N.# 07-275/JJF



07cv 257 JJF
FILED
JUN - 7 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGEMENT**

PURSUANT TO RULE 56 Fed. R. Civ. P. plaintiff Daniel m. woods request this Honorable Court to grant the plaintiff summary judgment as to the liabilities of all the above defendants for damage for false imprisonment, denial of due process, double jeopardy, ex-post facto violations, failure to properly perform official duties, cruel and unusual punishments, deliberate indifference to plaintiff, failure to comply with court orders, liberty interest violations, rules of lenity.

Dated: 6-8-07

RESPECTFULLY SUBMITTED

DANIEL M. WOODS # 164728
D.C.C. 1181 PADDOCK RD.
SMYRNA, DE. 19977

cc. Clerk of Court
   Dept. of justice
   File

IM Thomas E. White
SBI# 369698 UNIT-ME
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal



$06.300 JUN 06 2007
MAILED FROM ZIP CODE 19977

Clerk of the Court
District Court
844 N. King St. Lockbox 18
Wilmington, De.
19801-3570

Legal Mail

Legal Mail