IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
DELAWARE

DANIEL M. WOODS,

     Plaintiff.

     VS.

BOARD OF PAROLE,

STANLY TAYLOR,

PATRICIA CARR,

REPHEAL WILLIAMS,

THOMAS CAROLL,

CINDY WRIGHT,

BRENDA CALLOWAY,

L. SULLIVAN, V. HAYES,P.RITER,

JANE DOE(ELW) AND C.ESCHERICH,

     Defendants.

C.A.N.# 07-275 (J.J.F)



07cv 257 JJF

FILED

JUN - 7 2007

RG scanned

U.S. DISTRICT COURT

DISTRICT OF DELAWARE

## DECLARATION IN SUPPORT OF PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGEMENT

        DANIEL M. WOODS prose

        1181 PADDOCK RD.

        SMYRNA , DE. 19977

**Pursuant to rule 56, Fed. R.Civ. P., plaintiff DANIEL M. WOODS requests this Court to grant him summary judgment as to the liability of defendants above for damages for the denial to the plaintiff of the due-process of law. The reasons therefore are set forth in the plaintiff's affidavit and brief in support of the motion.**

I DANIEL M. WOODS, DECLARE UNDER PENALTY OF PERJURY:

I am the plaintiff in this above case; the complaint alleges that the plaintiff is being punished without jurisdiction to do so and denied the plaintiff due-process of law. Denied court ordered credits for time served, false imprisonment, placed in double jeopardy enlarged the plaintiff's prison sentence in error that caused the plaintiffs sentences to be increased. Parole dates, release dates, goodtime credits, affected adding and the removals of goodtime credits, classifications, housing,

The removal of credits when plaintiff violated his parole (twice) before the errors where found. This error of calculations was and still is in affect for the last 25 years and has continued to harm the plaintiff. These defendants have also submitted false documents to the courts to try justifying the damages done to the plaintiff and deny his court ordered credits which they do not have the authority to do

**I SUBMIT THIS DECLARATION IN SUPPORT OF MY MOTION FOR PARTIAL SUMMARY JUDGEMENT**

I am an inmate at the Delaware Correctional Center, and I was falsely imprisoned without due-process of law and the failure of all the above defendants to act caused and continues to cause the plaintiff to suffer damages.

These defendants have failed to properly calculate the plaintiffs sentences that has cause the plaintiffs sentences to be increased, this fact was and is admitted by the defendants through an affidavit that they had eroded and increased the plaintiffs sentences. These defendants have cause grave damages to the plaintiff and violated his rights under the due-process and protect the plaintiff's liberty interests.

DATED: 6-1-07

RESPECTFULLY SUBMITTED

DANIEL M. WOODS prose
D.C.C. 1181 PADDOCK RD.
SMYRNA , DE. 19977

S.B.I.# 164728



IM. *Thomas E. White*
SBI# 369?? ▢   UNF. N.E.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*Clerk Of The Court*
*District Court*
*844 N. King St. Lockbox 18*
*Wilmington, De.*
*19801-3570*

$ 05.30⁰
MAILED FROM ZIP CODE 19977