IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-257-JJF |
| BOARD OF PAROLE, COMMISSIONER STANLEY TAYLOR, EX-WARDEN PATRICIA CARR, WARDEN RAPHAEL WILLIAMS, WARDEN D.C.C. THOMAS CARROLL, RECORDS SUPER. CINDY WRIGHT, BRENDA CALLOWAY, L. SULLIVAN, V. HAYES, P. RITER, C. ESCHERICH, and JANE DOE (ELW), | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 27 day of July, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1). Amendment of the complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

2. Plaintiff's Motions For Partial Summary Judgment (D.I. 3, 10) are **DENIED** as **moot**.

3. Plaintiff's Motion For Request Of Appointment Of Counselor (D.I. 12) is **DENIED** as **moot**.

4. Plaintiff is not required to pay any previously assessed fees or the remaining balance of his $350.00 filing fee.

The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE