OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 9, 2007

TO:  Delaware Correctional Center
     ATTN: Business Office
     P.O. Box 500
     Smyrna, DE 19977

RE:  **Return of Check for Inmate Filing Fees,**
     **Check #20752 Daniel Woods SBI# 164728;**
     **Civ. No. 07-257 JJF**

   Enclosed check, #20745 is being returned by the Clerk's Office without action. Our records indicate that Mr. Woods is not obligated to pay the remainder of his filing fee in 07cv257 per the enclosed order.
   We are returning this check directly to the Business Office since your office issued it. Please contact me directly if you have a question, at 302-573-6170.

                                        Sincerely,

/ld

                                        PETER T. DALLEO
                                        CLERK

BY: /s/ Larisha Davis
    Larisha Davis
    Deputy Clerk

cc:  the Honorable Joseph J. Farnan, Jr.
     Financial Administrator
     Alpha file